toni-lynn: chester, a, man, on Case
plaintiff

v.

Mindy Beare; mike hogan;
Charles "chuck" Sullivan;
ADA Jane Doe; OHP Officer
Sean Doe; Tony Doe; Jane
Doe; John Doe 1; John Doe
2; sheriff deputy Wilson;
Cody hance; Jailers 1, 2, 3, 4,
5, 6, 7, 8; Chris Morris; Loyd
London; Pittsburg County
Court Clerk; Court Reporter
Court Bailiff; impound company
+ others to be
defined; jailbirds;
defendants

Pittsburg County
CM-2017-00265

TRESPASS;
Deprivation of
Rights under
color of law

17 CV 586 GKF - JFJ

FILED
OCT 19 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## COMMON LAW COURT OF RECORD

Now comes I, toni-lynn: chester, a woman, a people, to request that a case be opened on my behalf in a common law court of record. Within that case, please record this document, marked "FILED" and provide a copy, also marked "FILED" to me at the following address:
toni-lynn: chester
in care of 118358 S 4130 Road
Eufaula, union state Oklahoma
without USDC near
[74432-9927]

(1) Pittsburg Counter claim to CM-2017-

I will provide the complete details of the case upon my release from jail.

The common law is the law of the people and the law of the land. Depriving rights under color of law is a violation of US Code under 18 USC 241, 242, and significantly impairs the right to life, liberty, and pursuit of happiness as guaranteed to the people. Under the common law, injury must be substantiated and a corpus delecti must exist. Failing that, no crime has been committed.

The defendants have deprived me of my liberty by committing the following: kidnapping; assault and battery; false arrest; false imprisonment; assault & battery under force of arms; unlawful search & seizure; destruction of property; theft; extortion; libel; slander; mental & emotional anguish; medical negligence; RICO violation; cruel & unusual punishment; nerve damage; injuries including destruction of evidence; and other violations of US code and Uniform

(2) Pittsburg County Counterclaim to CM-2017-00265

Commercial Code (UCC), and due process violations; Constitutional violations; warrantless arrest; failure of public servant to identify upon request; failure to be bonded; failure to uphold oath of office; failure to produce warrant upon request; and other violations of my liberty and pursuit of happiness, along with due process violations & pre conviction punishment.

This filing is a matter of great urgency and and expedient response is greatly appreciated. Once filed, in addition to my home address, please send a copy to me, marked toni-lynn; chester "LEGAL DOCUMENTS" at the Pittsburg County Jail, 1210 N. West Street, McAlester, Oklahoma near [74501], and a copy marked "FILED" to the Pittsburg County DA's office at 115 E. Carl Albert Parkway, McAlester, Oklahoma [74501].

Thank you for taking this matter from one of We the people.

UCC 1-308, UCC 1-103.6, without prejudice

toni-lynn: chester
non-negotiable autograph.
non-citizen national of the Massachusetts Republic, ALL Rights Reserved, sui juris, in propria persona

③ Pittsburg County

toni-lynn: Chester
in care of 118358 S. 4130 Road
Eufaula, union State Oklahoma
without USDC
near [74432-9998]

LEGAL DOCUMENTS

U.S. Federal Courthouse
Office of the Clerk of Court
Tulsa, Oklahoma

toni-lynn: chester
in care of 118-358 S. 4130 Road
Eufaula, union state Oklahoma
without USDC near [74432-9998]



OK 741
7 PM 54 T

Post Mark not legible

17 CV 586 GKF - JFJ

RECEIVED
OCT 19 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

U.S. District Court, Northern District of Oklahoma
Office of the Clerk of the Court
333 W. 4th Street #411
Tulsa, Oklahoma
[74301]